FILED

JAN 0 8 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOHNNY ESPINOSA<br>Defendant. | CRIMINAL NO. MO20CR-015<br>INDICTMENT<br>[Vio: 21 U.S.C. § 846 - Conspiracy;<br>21 U.S.C. § 841(a)(1) -<br>Possession With Intent to<br>Distribute a Controlled<br>Substance] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1) & 841(b)]

That beginning on or about October 1, 2019, and continuing until on or about December 20, 2019, in the Western District of Texas and elsewhere, the Defendant,

**JOHNNY ESPINOSA,**

did combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

**Original signed by the
foreperson of the Grand Jury**

JOHN F. BASH
UNITED STATES ATTORNEY

*/s/ Brandi Young*
BRANDI YOUNG
Assistant United States Attorney