IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CASE NO.: 7:20-CR-00015-DC |
| § | |
| JOHNNY ESPINOSA § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant, **JOHNNY ESPINOSA**, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this case, which judgment was pronounced on September 4, 2020, and entered on the docket on the same day.

Respectfully submitted,
*/s/ Michael L. King*
Michael L. King
King Law, P.C.
814 Main Street, Ste B
Lubbock, TX 79401
(806) 478-1322 (tel)
(806) 478-1320 (fax)
Michael@KingCriminalDefense.com
Texas Bar No. 24049082

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    I, Michael L. King, certify that on September 8, 2020, this document was filed through the Electronic Case Filing ("ECF") System which will cause a copy of the document to be delivered to the Assistant United States Attorney assigned to this case.

                                           */s/Michael L. King*
                                           Michael L. King
                                           Attorney for Defendant